DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILIPPE SIMARD,**
Appellant,

v.

**LEESFIELD & PARTNERS, P.A.** and **THOMAS SCOLARO, P.A.,**
Appellees.

No. 4D2023-0663

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 13-21496 CACE (14).

Jonathan A. Ewing and Jonathan Kasen of Aero Law Center, Fort Lauderdale, for appellant.

Robert M. Klein, Andrew M. Feldman, and Christopher J. Fraga of Klein Park & Lowe, P.L., Miami, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***